**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Shireen A. Walsh,<br><br>Plaintiff,<br><br>vs.<br><br>National Computer Systems, Inc., a Minnesota Corporation,<br><br>Defendant. | **CASE NUMBER 00 CV 82 JMR/FLN**<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO ANSWER OR RESPOND TO COMPLAINT** |

Plaintiff Shireen A. Walsh ("Walsh") and Defendant National Computer Systems, Inc. ("NCS"), by and through their respective counsel, hereby jointly request that the Court enter an order granting NCS an extension of time to respond to the Complaint as follows:

NCS shall have until March 3, 2000, to serve and file its response to the Complaint.

Dated: 1/31/00

Diane M Odeen

James H. Kaster (#53946)
Diane M. Odeen (#284142)
NICHOLS KASTER & ANDERSON
4644 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 338-1919

ATTORNEYS FOR PLAINTIFF
SHIREEN A. WALSH

FEB 0 4 2000
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: 2/2/00

Cory Larsen Bettenga (#220656)
FREDRIKSON & BYRON, P.A.
1100 International Centre
900 Second Avenue South
Minneapolis, MN 55402
Telephone: (612) 347-7125
Facsimile: (612) 347-7077

ATTORNEYS FOR DEFENDANT
NATIONAL COMPUTER SYSTEMS,
INC.

::ODMA\PCDOCS\FBDOCS1\2344707\1

**ORDER**

Based upon the foregoing Stipulation of the parties, IT IS HEREBY ORDERED THAT:

1. The Stipulation is accepted and incorporated herein as this Court's Order; and

2. Defendant National Computer Systems, Inc. has until March 3, 2000 to serve and file its response to the Complaint.

Dated: 2/3/00

FRANKLIN L. NOEL
United States Magistrate Judge

For Immediate Release
January 3, 2000

# PRESS RELEASE

UNITED STATES DISTRICT COURT

Contact: Francis E. Dosal, Clerk
(651) 848-1100

## FEDERAL COURT ADOPTS AMENDMENTS TO LOCAL PRACTICE RULES

The U.S. District Court for the District of Minnesota announces the adoption of several amendments to its local rules of practice. The changes were recommended by the Court's Local Rules Committee chaired by Minneapolis Attorney Cliff Greene of the law firm Greene Espel.

As required by federal statute, the proposed revisions were posted for public review and comment in late 1999. Following consideration of the comments received, the proposed rules were adopted unanimously by the Court to be effective January 3, 2000. The proposed amendments are as follows:

- **LR 5.1**
  Amendments to LR 5.1 and LR 5.2 regarding filing procedures.

- **LR 7.1(b)(2)**
  A new advisory committee's note regarding evidentiary materials submitted with reply briefs.

- **LR 16.1**
  Amendments in response to the requirements of the Alternative Dispute Resolution Act of 1998.

- **LR 83.13**
  New rule regarding the discipline of court appointees.

The amendments to the Local Rules may be obtained in the Office of the Clerk of Court in either St. Paul, Minneapolis or Duluth; by contacting the Clerk of Court at the address below; or online through the Update Service of Westlaw.

Francis E. Dosal, Clerk
U.S. District Court
708 Federal Building
316 North Robert Street
St. Paul, MN 55101
651-848-1100