UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Shireen A. Walsh,

Plaintiff,

vs.

National Computer Systems, Inc.,

Defendant.

Civil No. 00-82 JMR/FLN

**ORDER**

---

James H. Kaster for Plaintiff.
Richard A. Ross for Defendant.

---

**THIS MATTER** came before the undersigned United States Magistrate Judge on July 24, 2000, on Plaintiff's Motion to Amend the Complaint [#10].

Based on all the files, records and proceedings herein, **IT IS HEREBY ORDERED** that Plaintiff's Motion to Amend the Complaint [#10] is **GRANTED**. Plaintiff's Amended Complaint shall be served within ten days of the date of this Order.

DATED: Aug 10, 2000.

Franklin L. Noel
FRANKLIN L. NOEL
Chief Magistrate Judge



FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK