UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
00-CV-82(JMR/FLN)

Shireen A. Walsh )
)
v. ) ORDER
)
National Computer Systems, Inc. )
)

Defendant seeks to dismiss this action on the basis of alleged irregularities in service of process and the process itself. In response, plaintiff moves to amend the summons to conform with the requirements of Federal Rule of Civil Procedure 4. The Court heard oral argument on September 29, 2000.

Based on the files, records, and proceedings herein, and for the reasons stated at the hearing, IT IS ORDERED that:

1. Defendant's motion to dismiss [Docket No. 17] is denied.

2. Plaintiff's motion to amend the summons [Docket No. 31] is denied as moot.

Dated: October 4th, 2000

JAMES M. ROSENBAUM
United States District Judge

OCT 05 2000
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK