UNITED STATE DISTRICT COURT
DISTRICT OF MINNESOTA

---

Shireen A. Walsh,

Plaintiff,

v.

NATIONAL COMPUTER SYSTEMS, INC.,
A Minnesota Corporation,

Defendant.

**JOINT STIPULATION TO AMEND SCHEDULING ORDER AND ORDER**

Court File No.: 00-CV-82 (JMR/FLN)

---

WHEREAS, the discovery deadline in this matter is currently set for February 1, 2001; the nondispositive motion deadline is February 1, 2001; the date for filing completed dispositive motions is April 1, 2001; and the date for this matter to be ready for trial is June 1, 2001;

WHEREAS, counsel for the parties have completed the following discovery:

1. Defendant's Rule 26 (a)(1) Disclosures;
2. Plaintiff's Rule 26 (a)(1) Disclosures;
3. Defendant's First Set of Interrogatories;
4. Defendant's First Request for Production of Documents;
5. Plaintiff's Interrogatories and Request for Production of Documents Set I;
6. Defendant's Answers to Interrogatories Set I;
7. Defendant's Responses to Plaintiff's Request for Production of Documents Set I;
8. Plaintiff's Answers to Defendant's Interrogatories Set I;
9. Plaintiff's Response to Defendant's Request for production of Documents Set I;
10. Plaintiff's Request for Documents Set II;

FILED 1-11-01
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

11. Plaintiff's Request for Production of Documents Set III;

12. Plaintiff's Request for Production of Documents Set IV;

13. Plaintiff's Interrogatories Set II;

14. Plaintiff's Request for Production of Documents Set V;

15. Defendant's Responses to Plaintiff's Request for Production of Documents Set III; and

16. Plaintiff's Request for production of Documents Set VI.

WHEREAS, depositions have not been completed due conflicts in scheduling, and eight depositions are scheduled for the month of January, with at least two additional depositions yet to be scheduled;

WHEREAS, there remain some discovery disputes between the parties regarding Defendant's Answers to Plaintiff's Interrogatories and Defendant's Responses to Plaintiff's Request for Documents;

WHEREAS, Plaintiff has scheduled a Motion to Compel Discovery and Modify the Discovery Order, to be heard by Magistrate Noel on January 22, 2001, and Defendant expects to bring a Motion for Protective Order on the same date; and

WHEREAS, the parties believe that the necessary discovery, including depositions and disputed interrogatories and document requests, can be completed by February 16, 2001, without altering the existing dispositive motion deadline or the trial-ready date;

THEREFORE, the parties, by and through their respective counsel, hereby stipulate and respectfully request the Magistrate Judge to agree as follows:

1. That the deadline for all discovery to be completed be amended to February 16, 2001;

2. The nondispositive motion deadline be amended to February 16, 2001; and

3. All other deadlines shall remain those set forth by the Court in the Pretrial Schedule.

Dated: January 4, 2001

NICHOLS KASTER & ANDERSON

James H. Kaster # 53946
Diane M. Odeen # 284142
80 South Eighth Street
Suite 4644 IDS Center
Minneapolis MN 55402
Telephone (612) 338-1919

Dated: January 4, 2001

FREDRIKSON & BYRON, P.A.

Richard A. Ross # 181791
Melissa Vogt Brettingen # 284658
1100 International Center
900 Second Ave. South
Minneapolis MN 55402
Telephone (612) 347-7000

**ORDER**

**It is so ordered.**

Date: 1/10/01

Hon. Franklin L. Noel
United States Magistrate Judge