UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Shireen A. Walsh,

Plaintiff,

vs.

National Computer Systems, Inc.,

Defendant.

Civil No. 00-82 JMR/FLN

**ORDER**

---

James H. Kaster for Plaintiff.
Richard A. Ross and Melissa Vogt Brettingen for Defendant.

---

**THIS MATTER** came before the undersigned United States Magistrate Judge on January 22, 2001, on Plaintiff's Motion to Compel [#44] and Defendant's Motion for a Protective Order [#40].

Based on all the files, records and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Defendant's Motion for a Protective Order [#40] is **DENIED**;
2. Plaintiff's Motion to Compel [#44] is **GRANTED IN PART AND DENIED IN PART**, as follows:
   a. Insofar as the Motion pertains to Interrogatory 11, the Motion is **GRANTED**. The response shall encompass all forms of discrimination;
   b. Insofar as the Motion pertains to Interrogatory 12, it is **GRANTED**;
   c. Insofar as the Motion pertains to Interrogatory 13, it is **GRANTED**. A response should be provided setting forth information regarding all

JAN 2 6 2001
FILED ... CLERK
JUDG...
DEPUTY CLERK

persons whom Defendant believes have knowledge of the facts and circumstances surrounding the allegations in the Complaint;

d. Insofar as the Motion pertains to Interrogatory 14, it is **GRANTED**. The response should encompass the years from 1993 until the present, and should include information from all of Defendant's United States facilities;

e. Insofar as the Motion seeks to increase the number of Document Requests permitted Plaintiff by this Court's previous Order, it is **DENIED**.

DATED: JAN. 25, 2001

Franklin L Noel

FRANKLIN L. NOEL
Chief Magistrate Judge