**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

**SHIREEN A. WALSH,**

**Plaintiff,**

**vs.**

**NATIONAL COMPUTER SYSTEMS, INC.,**

**Defendant.**

---

**Court File No. 00 CV 82 JMR/FLN**

**STIPULATION OF PARTIAL DISMISSAL WITH PREJUDICE AND ORDER**

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, through their undersigned counsel, that pursuant to Rule 41(a) of the Federal Rules of Civil Procedure that Count I (Violations of Minn. Stat. §§ 177.25 and 177.32), Count II (Violation of Fair Labor Standards Act), Count XI (Breach of Contract) and Count XII (Defamation) in the above-entitled action shall be dismissed with prejudice and on the merits and that a judgment of dismissal with prejudice may be entered pursuant hereto without further notice.

Dated: April 4, 2001

Diane M. Odeen

James H. Kaster (#53946)
Diane M. Odeen (#284142)
NICHOLS KASTER & ANDERSON, PLLP
4644 IDS Center
Minneapolis, MN 55402
Telephone: (612) 338-1919

Attorneys for Plaintiff Shireen Walsh

FILED APR - 9 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD APR - 9 2001
DEPUTY CLERK

Dated: April 5, 2001

M Vogt Brettingen

Richard A. Ross (#181791)
Melissa Vogt Brettingen (#284658)
FREDRIKSON & BYRON, P.A.
1100 International Centre
900 Second Avenue South
Minneapolis, MN 55402
(612) 347-7022

Attorneys for Defendant NCS Pearson, Inc.

IT IS SO ORDERED.

Dated: April 5th, 2001

BY THE COURT:

The Honorable James M. Rosenbaum
Judge, United States District Court

LET JUDGMENT BE ENTERED ACCORDINGLY.

::ODMA\PCDOCS\FBDOCS1\2497967\1