UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
00-CV-82(JMR/FLN)

| | | |
|---|---|---|
| Shireen A. Walsh | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| National Computer Systems, Inc. | ) | |

The jury rendered its verdict in this matter on January 24, 2002. The Court entered judgment on behalf of plaintiff and against defendant in the amount of $438,145.40 on January 31, 2002.

Defendant has since moved for judgment as a matter of law, pursuant to Rule 50 of the Federal Rules of Civil Procedure. Alternatively, defendant moved for a new trial or a remittitur of punitive damages, pursuant to Rule 59 of the Federal Rules of Civil Procedure.

Based on the files, records, and proceedings herein, IT IS ORDERED that:

Defendant's motion is denied. [Docket No. 99.]

Dated: ~~March~~ April 2nd, 2002

JAMES M. ROSENBAUM
United States Chief District Judge

FILED
RICHARD D. SLETTEN, CLERK
APR 2 2002
JUDGEMENT ENTERED
DEPUTY CLERK'S INITIALS