UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
00-CV-82(JMR/FLN)

| | | |
|---|---|---|
| Shireen Walsh | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| National Computer Systems, Inc. | ) | |

The parties object to the Report and Recommendation issued July 19, 2002, by the Honorable Franklin L. Noel, United States Magistrate Judge, concerning plaintiff's motion to amend the complaint [Docket No. 102], and motion for fees, costs, treble damages, liquidated damages, and prejudgment interest [Docket No. 103]. The objections to the Report were timely filed, pursuant to Local Rule 72.1(c)(2).

Based upon a de novo review of the record herein, the Court adopts the Magistrate's Report and Recommendation. Accordingly, IT IS ORDERED that:

1. Plaintiff's motion to amend her complaint to add punitive damages under the Minnesota Parenting Leave Act is denied.

2. Plaintiff's motion to multiply her award under the Minnesota Human Rights Act is granted in part; compensatory damages are doubled, increasing the judgment by $56,000.

3. Plaintiff's motion for liquidated damages under the Family and Medical Leave Act is granted, increasing the judgment by $12,320.90.

FILED
RICHARD D. SLETTEN, CLERK AUG 29 2002
JUDGEMENT ENTERED ________
DEPUTY CLERK'S INITIALS ________

4. Plaintiff's motion for attorney's fees in the amount of $184,456.00 is granted.

5. Plaintiff's motion for costs and fees in the amount of $10,024.42 is granted.

6. Plaintiff's motion for prejudgment interest in the amount of $6,724.60 is granted.

7. The punitive damages portion of the judgment is reduced by $82,145.40, because it exceeds Title VII's cap by this amount.

8. The judgment entered on January 1, 2002, is hereby vacated.

9. Judgment is hereby entered on behalf of plaintiff in the amount of $625,525.90.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: August 27th, 2002

JAMES M. ROSENBAUM
United States Chief District Judge