# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

ShireenWalsh

Case No. Civil 00-82 JMR/FLN

v.

**JUDGMENT IN A CIVIL CASE**

National Computer Systems, Inc.

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED that 1. Plaintiff's motion to amend her complaint ot add punitive damages under the Minnesota Parenting Leave Act is denied. 2. Plaintiff's motion to multiply her award under the Minnesota Human Rights Act is granted in part; compensatory damages are doubled, increasing the judgment by $56,000. 3. Plaintiff's motion for liquidated damages under the Family and Medical Leave Act is granted, increasing the judgment by $12,320.90. 4. Plaintiff's motion for attorney's fees in the amount of $184,456.00 is granted. 5. Plaintiff's Motion for costs and fees in the amount of $10,024.42 is granted. 6. Plaintiff's motion for prejudgment interest in the amount of $6,724.60 is granted. 7. The punitive damages portion of the judgment is reduced by $32,145.40, because it exceeds Title VII's cap by this amount. 8. The judgment entered on January 1, 2002 is hereby vacated. 9. Judgment is hereby entered on behalf of plaintiff in the amount of $625,525.90.**

DATE: August 29, 2002

RICHARD D. SLETTEN, CLERK

Deborah D. Bell

Deborah D. Bell, Deputy Clerk

129